IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| v. | |
| VYACHESLAV ZLATKOVSKIY | NO. 24-323 |

**AND NOW**, this 10th day of July, 2025, upon consideration of Defendant Vyacheslav Zlatkovskiy's Motion to Suppress Physical Evidence (ECF Nos. 28 and 34), and the Government's Response in Opposition thereto (ECF No. 33), **IT IS HEREBY ORDERED** that said Motion is **DENIED** for the reasons set forth in the accompanying Opinion.

BY THE COURT:

S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, J.**